# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

JHOANA JUCA et al., as Parents and Natural Guardians of
K.A., a child with a disability, and JHOANA JUCA et al.,
individually,

Plaintiffs,                                    22 **CIVIL** 9015 (JMF)

-against-                                              **<u>JUDGMENT</u>**

KAMAR H. SAMUELS et al.,

Defendants.

---------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated February 17, 2026, Plaintiffs'

motion for summary judgment is GRANTED in part and DENIED in part, and the DOE's cross-

motion for summary judgment is GRANTED in part and DENIED in part. The case is remanded

to the SRO for further proceedings with respect to reimbursement for AT devices consistent with

the Memorandum Opinion and Order; accordingly, the case is closed.

**Dated:** New York, New York

February 19, 2026

**TAMMI M. HELLWIG**

_____

**Clerk of Court**

**BY:**

_____

**Deputy Clerk**